4

United States District Court
Southern District of Texas
FILED

MAY 21 2004

Michael N. Milby
Clerk of Court

# United States District Court
# Southern District of Texas

**SUMMONS IN A CIVIL CASE**

United States of America

v.   CASE NUMBER: **B-04-071**

Mary Alicia Medrano

TO: (Name and Address of Defendant)

**Mary Alicia Medrano
9824 Alaska Rd.
Brownsville, TX 78521**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**J. Michael Weston
BENNETT, WESTON & LaJONE, P.C.
1750 Valley View Lane., Suite 120
Dallas, TX 75234**

an answer to the complaint which is herewith served upon you, within  **20 days**  after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk            APR 19 2004

_____   _____
Clerk                              Date

_[signature]_
BY DEPUTY CLERK

# AFFIDAVIT OF SERVICE

**ORIGINAL**

COUNTY: SOUTHERN DIST.     CASE # B04071     COURT
Clt. Ref.# C99-07859     Clt.#     400

UNITED STATES OF AMERICA

VS
MARY ALICIA MEDRANO

The documents came to hand for service on 04/30/04  Time: 09:00:00

Documents received for service:

**FEDERAL SUMMONS; COMPLAINT; EXHIBIT "A"**

The documents were delivered on **05/05/04**  **Time: 14:50:00**

Executed at: 10732 Alabama Road
             Brownsville, TX

to the following: **Medrano, Mary Alicia**

__✓__ PERSONALLY delivering the document(s) to the person above.
_____ SUBSTITUTE SERVICE per Order by delivering to _____ a person over sixteen (16) years of age, at the above listed address which is the usual place of abode/business of the above named person.
_____ POSTING per Order by securely affixing to the main entry way at the above address.

## AFFIDAVIT

I, Indalecio Rojano, III ,am over the age of eighteen, and am neither a party to nor interested in the outcome of the above suit. I HAVE PERSONAL KNOWLEDGE OF THE FACTS SET FORTH ABOVE. I have never been convicted of a felony or misdemeanor involving moral turpitude in any state OR federal jurisdicition, and I have studied and am familiar with TEXAS RULES OF CIVIL PROCEDURE, VERNON'S TEXAS STATUTES, CIVIL PRACTICE AND REMEDIES CODE and all other applicable rules and statutes relating to service of citation and/or notices I am authorized by written order of the court to serve citations and other notices.

Service Fee: 60

Witness Fee Tendered: _____

Indalecio Rojano, III
Professional Civil Process Brownsville
700 Paredes Ave. Suite 208
Brownsville, Texas 78520

STATE OF TEXAS}

## VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized person known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn stated that he has personal knowledge of the facts set forth in the foregoing affidavit and declared that the facts therein contained are true and correct. Given my hand and seal of office this ___ day of _____ 200_.

PCP Inv. #R04040296

NOTARY PUBLIC FOR THE STATE OF TEXAS

EDUARDO GONZALEZ
MY COMMISSION EXPIRES
MARCH 21, 2006