United States District Court
Southern District of Texas

JUN 0 4 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA,  §
 §
*versus* §  Civil Action B-04-071
 §
Mary Alicia Medrano  §

## Motion for Entry of Agreed Judgment

The United States of America moves for the entry of the Agreed Judgment filed with the Court with this Motion.

Respectfully submitted
BENNETT, WESTON & LaJONE, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on counsel for defendant (or defendant if not represented by counsel) in accordance with the Federal Rules of Civil Procedure on this 2nd day of June, 2004.

_____

## CERTIFICATE OF CONFERENCE

This Motion is agreed to as evidenced by the parties' execution of the proposed Agreed Judgment filed with the Court.

_____