United States District Court
Souther ____ of Texas
ENTERED

JUN 1 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *versus* | § | Civil Action B-04-071 |
| | § | |
| Mary Alicia Medrano | § | |

## Agreed Judgment

On the agreement of the parties, it is adjudged that the United States of America recover from Mary Alicia Medrano:

A.  Principal of $3,665.22, plus

B.  Prejudgment interest from April 12, 1999, at $0.52 per day until the date of judgment, plus

C.  Attorney's fees of $550.00 and all costs of court, plus

D.  Post-judgment interest at _2.07_ % per annum.

Signed _June 1 5_, 2004.

Andrew S. Hanen
United States District Judge

AGREED:

Mary Alicia Medrano                Attorney for the United States

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com