UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| *versus* | § § | Civil Action B-04-071 |
| MARY ALICIA MEDRANO | § | |

**United States' Motion to Compel**

United States of America moves for an order compelling Mary Alicia Medrano ("Medrano") to respond to the United States' post-judgment discovery, pursuant to Rule 37 of the Federal Rules of Civil Procedure.

1. On February 10, 2005, the United States mailed its postjudgment Interrogatories and Requests for Production of Documents to Medrano, by certified mail, return receipt requested, and by first class mail. (Exhibit 1) The certified mail was returned unclaimed. The first class mail was not returned. The postjudgment discovery sought information regarding the financial condition of Medrano, as allowed by 28 U.S.C. §3015.

2. Written demand for the responses was sent to Medrano by letter dated March 17, 2005. (Exhibit 2).

3. Medrano failed to respond to the discovery requests. The United States attempted to obtain responses from Medrano. The United States contacted Medrano and attempted to obtain discovery responses on February 18, 2005 and February 25, 2005.

4. Attached is a certification that the United States has in good faith conferred or attempted to confer with the person or party failing to make the discovery in an effort to secure the information or material without court action. Fed. R. Civ. Proc. 37(a)(2)(B).

5. The United States requests that the court order Medrano to respond to post-judgment discovery fully and completely. The United States reserves the right to seek sanctions against Medrano at a later date.

        Respectfully submitted
        BENNETT, WESTON & LaJONE, P.C.

By:   /s/ J. Michael Weston_____
     J. Michael Weston
     Texas Bar No. 21232100
     SD Tex. No. 21538
     Attorney in Charge
     Matthew L. Weston
     Texas Bar No. 24037698
     SD Tex. No. 33501
     1750 Valley View Lane, Suite 120
     Dallas, Texas 75234
     Telephone: (214) 691-1776
     FAX: (214) 373-6810
     Attorneys for the United States of America

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on Mary Alicia Medrano at 10732 Alabama, Brownsville, TX 78521 by certified mail, return receipt requested, and regular mail on this 15th day of April, 2005.

        ___/s/ J. Michael Weston_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| *versus* | § | Civil Action B-04-071 |
| | § | |
| MARY ALICIA MEDRANO | § | |

**Certificate of Conference**

The following declaration is made in accordance with Rule 37 of the Federal Rules of Civil Procedure:

The undersigned certifies that his office has made good faith attempts to confer with Mary Alicia Medrano in an effort to obtain the discovery responses without court action. However, the undersigned's office has been unsuccessful in obtaining the discovery responses from Mary Alicia Medrano. A representative of the office spoke with Mary Alicia Medrano and attempted to obtain discovery responses on February 18, 2005 and February 25, 2005. Mary Alicia Medrano has not responded to the discovery.

Respectfully submitted
BENNETT, WESTON & LaJONE, P.C.

By: /s/ J. Michael Weston
 _____
 J. Michael Weston
 Texas Bar No. 21232100
 SD Tex. No. 21538
 Attorney in Charge
 Matthew L. Weston
 Texas Bar No. 24037698
 SD Tex. No. 33501
 1750 Valley View Lane, Suite 120
 Dallas, Texas 75234
 Telephone: (214) 691-1776
 FAX:   (214) 373-6810
 Attorneys for the United States of America