UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| versus | § § | Civil Action B-04-071 |
| Mary Alicia Medrano | § § | |

**FIRST SET OF POST-JUDGMENT DISCOVERY - RESENT**

TO: Mary Alicia Medrano, 10732 Alabama , Brownsville, TX 78521

The United States previously served its First Set of Post-Judgment Discovery on you. You have requested that the discovery be resent to you. This discovery is being resent at your request. This set of discovery does not extend your response date beyond **February 21, 2005**.

The Federal Rules of Civil Procedure require that you provide the requested information and produce the requested documents which relate to your financial affairs. Unless you have objections recognized by law, which you must describe fully, answer the attached questions (called Interrogatories) and produce the described documents for inspection and copying to the offices of BENNETT, WESTON & LaJONE, P.C., 1750 Valley View Lane, Suite 120, Dallas, Texas 75234.

Failure to answer truthfully each interrogatory



## DEFINITIONS

4. "Document" means every writing or record of every type and description in your possession, custody or control.

5. "You," or "Your" refers to Mary Alicia Medrano.

                      Respectfully submitted

                      BENNETT, WESTON & LaJONE, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading was served on defendant by certified mail (No. 7017591445000017103 ) and regular mail on this 10th day of February, 2005.

## BENNETT, WESTON & LaJONE, P.C.
Attorneys and Counselors At Law
1750 Valley View Lane, Suite 120
Dallas, Texas 75234

(214) 691-1776                                                                              Fax: (214) 373-6810

February 9, 2005

**PERSONAL AND CONFIDENTIAL**
Mary Alicia Medrano
10732 Alabama
Brownsville, TX 78521

  Re: United States of America v. Mary Alicia Medrano, Civil Action B-04-071

  Enclosed is the Postjudgment Discovery previously served on you under the Federal Rules of Civil Procedure by the United States. The discovery is being resent to you are your request. **The deadline for your responses is February 21, 2005.**

  The first two pages of the Post Judgment Discovery contain important instructions which you must read and follow carefully.

  You must respond fully and truthfully to the discovery requests within the time allowed. If you need additional time, please call us immediately.

  **IGNORE THE DISCOVERY AT YOUR OWN RISK.**

  **CONTACT YOUR ATTORNEY WITH ANY QUESTIONS ABOUT YOUR RIGHTS. IF YOU DO NOT HAVE AN ATTORNEY, YOUR LOCAL BAR ASSOCIATION MAY BE ABLE TO REFER YOU TO AN ATTORNEY.**

           Yours very truly,

           J. MICHAEL WESTON

encl.

**WE COLLECT DEBTS FOR CLIENTS.**
**THIS IS AN ATTEMPT TO COLLECT A DEBT.**
**ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**
