United States District Court
Southern District of Texas
ENTERED

APR 22 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| versus | § § | Civil Action B-04-071 |
| MARY ALICIA MEDRANO | § | |

## Order Compelling Discovery Responses

Mary Alicia Medrano must fully respond to the interrogatories and requests for production served upon her by the United States by June 13, 2005.

If Mary Alicia Medrano fails to comply with this order, she may be held in contempt and assessed sanctions.

SIGNED __22 APRIL__, 2005, at Brownsville, Texas.

_____
United States Magistrate Judge